CHEMICAL BANK AND TRUST COMPANY and ARCHIBALD M. BROWN, as Executors, etc., of HELEN PARRISH BROWN, Deceased, v. ABRAHAM L. MONNESS and Others, as Executors, etc., and Others, Impleaded with ABRAHAM L. MONNESS and Others. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

INDEMNITY INSURANCE COMPANY OF NORTH AMERICA v. AMERICAN SURETY COMPANY.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CATHERINE REYNOLDS, as Administratrix, etc., of CHARLES REYNOLDS, Deceased, v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

WALMOR, INC., v. ISIDOR SHAPIRO, as President, and Others, Impleaded with EUGENE SCHOEN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

WALMOR, INC., v. ISIDOR SHAPIRO, as President, and Others, Impleaded with CLARINE H. MICHELSON.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

WALMOR, INC., v. ISIDOR SHAPIRO, as President, and Others, Impleaded with ROBERT L. LESLIE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

CELIA KITROSSER v. PRUDENTIAL LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

WILLIAM F. MATTHIAS v. STUART, JAMES & COOKE, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

LEONARD LAVADERA v. SHEFFIELD FARMS COMPANY, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

JOHN K. I. CODY v. GOLD SEAL ELECTRICAL COMPANY, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertakings required by sections 593 and 594 of the Civil Practice Act. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.